Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on June 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>Elsworth A. Ungemah,<br>Mary Ann E. Ungemah,<br>*aka Mary Ann E. Johnson*<br>*aka Mary Ann E. Caldeira*<br><br>Debtors. | Chapter 13<br><br>Case No. 18-12714-MBK<br><br>Hearing Date:  July 8, 2020 at 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION
ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: June 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Elsworth A. Ungemah and Mary Ann E. Ungemah |
| Case No.: | 18-12714-MBK |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), and Elsworth A. Ungemah and Mary Ann E. Ungemah (collectively, the "Debtors") having filed opposition thereto, with respect to the property known 8 Laurelhurst Drive, Brick, NJ 08724, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent two (2) post-petition payments due May 1, 2020 through June 1, 2020, each payment in the amount of $817.91, less suspense of $29.89, for a total delinquency of $1,605.93.

2. Debtors shall pay arrears in the amount of $1,605.93 by making five (5) equal monthly payments of $267.66, July 1, 2020 through November 1, 2020, and one (1) payment in the amount of $267.63 on December 1, 2020, in addition to Debtor's regular monthly payments.

3. Debtors shall resume post-petition payments to be paid timely and in full with the July 1, 2020 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 8 Laurelhurst Drive, Brick, NJ 08724.

Page 3

Debtors:              Elsworth A. Ungemah
Case No.:             18-12714-MBK
Caption of Order:     **CONSENT ORDER RESOLVING SECURED CREDITOR'S
                      MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                      AND PROVIDING FOR CURE OF POST-PETITION
                      ARREARS**

---

5.    Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing
      terms and conditions shall cease to be binding payments will be due pursuant to
      the terms of the original loan agreement and Movant may proceed to enforce its
      remedies under applicable non-bankruptcy law against the Real Property and/or
      against the Debtors.

6.    Debtors shall pay attorney fees and costs for the motion for relief in the amount of
      $531.00 to be paid as an administrative claim through the plan.


Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**          **Lee M. Perlman**
Attorney for the Secured Creditor              Attorney for the Debtors

By: _____                    By: _____
     Phillip Raymond                                 Lee Martin Perlman

Date: ___6.15.2020___                           Date: ___6/15/20___

United States Bankruptcy Court
District of New Jersey

In re:
Elsworth A. Ungemah                                                        Case No. 18-12714-MBK
Mary Ann E. Ungemah                                                        Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Jun 24, 2020
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb         +Elsworth A. Ungemah,    Mary Ann E. Ungemah,   8 Laurelhurst Drive,   Brick, NJ 08724-3644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Aleisha Candace Jennings   on behalf of Creditor    U.S. Bank National Association, As Trustee
        for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
        ajennings@rasflaw.com
        Kevin Gordon McDonald   on behalf of Creditor    U.S. Bank National Association, as Trustee...et
        al kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Laura M. Egerman   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
        bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
        Lee Martin Perlman   on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com,
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
        Lee Martin Perlman   on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com,
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
        Phillip Andrew Raymond   on behalf of Creditor    U.S. Bank National Association, as Trustee for
        Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as
        serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com,
        mccallaecf@ecf.courtdrive.com
        Sindi  Mncina   on behalf of Creditor    U.S. Bank National Association, as Trustee...et al
        smncina@rascrane.com
        Sindi  Mncina   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
        smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 10