Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–12714–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elsworth A. Ungemah
8 Laurelhurst Drive
Brick, NJ 08724

Mary Ann E. Ungemah
aka Mary Ann E. Johnson, aka Mary Ann E. Caldeira
8 Laurelhurst Drive
Brick, NJ 08724

Social Security No.:
xxx–xx–5461

xxx–xx–7665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/28/21 at 09:00 AM

to consider and act upon the following:

*38* – Creditor's Certification of Default (related document:35 Consent Order filed by Creditor U.S. Bank National Association, as Trustee for Banc of America Funding 2008–FT1 Trust, Mortgage Pass–Through Certificates, Series 2008–FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Melissa N. Licker on behalf of U.S. Bank National Association, As Trustee for Banc of America Funding 2008–FT1 Trust, Mortgage Pass–Through Certificates, Series 2008–FT1. Objection deadline is 06/24/2021. (Attachments: # 1 Proposed Order) (Licker, Melissa)

Dated: 6/25/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court