UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Elsworth & Mary Ungemah

Case No.: 18-12714 MBK

Judge:

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____
   _____, creditor,
   A hearing has been scheduled for _____, at _____.

   _____ Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   __X__ Certification of Default filed by  Nationstar Mortgage, LLC / Mr. Cooper .
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

   _____ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   _____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   _____ Other (explain your answer):
   I am in the process of filing a modified plan and wish to add the post petition mortgage arrears into the modified plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date: 3/1/2022                                                                          /s/ Elsworth Ungemah
                                                                                            Debtor's Signature


NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.