Case 18-12714-MBK   Doc 51   Filed 03/01/22   Entered 03/01/22 13:50:47   Desc
Hearing on BK Case    Page 1 of 1

Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−12714−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elsworth A. Ungemah
8 Laurelhurst Drive
Brick, NJ 08724

Mary Ann E. Ungemah
aka Mary Ann E. Johnson, aka Mary Ann
E. Caldeira
8 Laurelhurst Drive
Brick, NJ 08724

Social Security No.:
  xxx−xx−5461

  xxx−xx−7665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/23/22 at 09:00 AM

to consider and act upon the following:

*49* – Creditor's Certification of Default (related document:43 Order (Generic)) filed by Phillip Andrew Raymond on behalf of U.S. Bank National Association, As Trustee for Banc of America Funding 2008−FT1 Trust, Mortgage Pass−Through Certificates, Series 2008−FT1. Objection deadline is 03/2/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Raymond, Phillip)

Dated: 3/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court