

**Law Offices Lee M. Perlman**
Cory F. Woerner, Esq. 296702019
1926 Greentree Rd. STE 100
Cherry Hill, NJ 08003
(t)856-751-4224|(f)888-635-2933
Cwoerner@newjerseybankruptcy.com

**Order Filed on July 14, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Elsworth A. Ungemah<br>and<br>Mary A. Ungemah<br><br><br>Debtor(s) | Case No.:    18-12714-MBK<br><br>Hearing Date: July 13, 2022<br>Honorable Michael B. Kaplan<br>                Chief Judge<br><br>Chapter:    13<br>Motion to Continue Under<br>Administration |

### ORDER CONTINUING BANKRUPTCY CASE UNDER ADMINISTRATION

The relief set forth on the following page, numbered two (2), is

hereby **ORDERED.**

**DATED: July 14, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

-Page 2-
In re: Ungemah 18-12714-MBK
Order on Motion to Continue Under Administration

_____

This matter having come before the court upon the motion of Elsworth

A. Ungemah for an order authorizing the above captioned bankruptcy

continue under the administration of an attorney-in-fact, the arguments

of counsel, if any, other further proofs as have been adduced, and for

good cause shown, it is hereby

> **ORDERED** that the debtors' case shall proceed under the
> administration of Elsworth A. Ungemah as attorney-in-fact for
> Mary A. Ungemah until such time is shown that Mary A. Ungemah
> may act fully on her own behalf.

The Debtor shall serve this order on the Trustee and any party appearing

in opposition to this motion within seven (7) days of the date of this

order and immediately thereafter file the local form *certification of*

*service* with the court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-12714-MBK

Elsworth A. Ungemah                                                       Chapter 13

Mary Ann E. Ungemah
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Jul 14, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association  As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 ajennings@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association  As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, informationathnk@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as Trustee...et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: Jul 14, 2022      Form ID: pdf903      Total Noticed: 1

Laura M. Egerman

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE bkyecf@rasflaw.com,
bkyecf@rasflaw.com;legerman@raslg.com

Lee Martin Perlman

on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2008-FT1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2008-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper
phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE smncina@raslg.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association as Trustee...et al smncina@raslg.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2008-FT1 smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16