UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Elsworth A. Ungemah
Mary Ungemah

Case No.: 18-12714
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

__Elsworth Ungemah__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Bankruptcy Court<br>Clarkson S. Fischer U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __8/24/2022__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street Trenton, N.J. 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: |
|---|
| 8 Laurelhurst Drive, Brick, NJ 08724 |

| Proposed Purchaser: |
|---|
| GMP Construction Co., Inc. |

| Sale price: |
|---|
| $300,000 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Linda Busichio, Michelle Katz |
|---|---|
| Amount to be paid: | $13,500, $1500 |
| Services rendered: | Buschio  Display and marketing of the subject property, procurement of buyer<br>Katz  review of sale contract on the debtors behalf |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Lee M. Perlman, Esquire

Address: 1926 Greentree Rd Ste 100, Cherry Hill, NJ 08003

Telephone No.: 856-751-4224

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-12714-MBK |
| Elsworth A. Ungemah | Chapter 13 |
| Mary Ann E. Ungemah | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Jul 22, 2022　　　　　　　　　　　　　　Form ID: pdf905　　　　　　　　　　　　Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644 |
| r | + | Linda Busichio, 2204 Bridge Avenue, Point Pleasant, NJ 08742-4918 |
| 517328486 | + | Citibank,n.a, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 517328496 | + | Petro Inc, 800 State Rd, Princeton, NJ 08540-1416 |
| 519565156 | + | U.S. Bank National Association et al, Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Jul 22 2022 20:45:00 | Jenelle C. Arnold, Aldridge Pite, LLP, 4375 Jutland Dr., Ste., 200, PO Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 22 2022 20:44:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 517328477 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 22 2022 20:45:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328474 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 22 2022 20:44:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517464410 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:34 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517328479 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2022 20:44:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517435722 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2022 20:44:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517328482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-12714-MBK    Doc 78    Filed 07/24/22    Entered 07/25/22 00:14:11    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: pdf905 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | Jul 22 2022 20:55:04 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 517328480 | + Email/Text: cms-bk@cms-collect.com | | |
| | | Jul 22 2022 20:45:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 517328481 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 22 2022 20:55:43 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517406648 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jul 22 2022 20:55:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517343832 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 22 2022 20:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517328485 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2022 20:55:21 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517328487 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2022 21:06:01 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517328488 | ^ MEBN | | |
| | | Jul 22 2022 20:44:11 | Credit Control LLC, Po Box 31179, Tampa, FL 33631-3179 |
| 517393147 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2022 20:55:52 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517328500 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2022 20:55:22 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984678 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 22 2022 20:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517328489 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 22 2022 20:45:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517338486 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 22 2022 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517328490 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 22 2022 20:44:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517328491 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 22 2022 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517328484 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 22 2022 20:55:03 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517328492 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 22 2022 20:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517328493 | Email/Text: govtaudits@labcorp.com | | |
| | | Jul 22 2022 20:45:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517371544 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 22 2022 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517328495 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 22 2022 20:45:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 517355837 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 22 2022 20:55:45 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517331753 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 22 2022 20:55:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517328497 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 22 2022 20:55:43 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517328498 | + Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | Jul 22 2022 20:45:00 | Tenaglia & Hunt, 395 West Passaic St, Ste 205, Rochelle Park, NJ 07662-3016 |

| 517465139 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|
| | | Jul 22 2022 20:45:00 | U.S. Bank National Association, as Trustee, C/O Nationstar Mortgage LLC, dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 517347011 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 22 2022 20:45:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517328499 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Jul 22 2022 20:44:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 517328501 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Jul 22 2022 20:45:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517328478 | *+ | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328475 | *+ | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517328483 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517328494 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517328476 | ##+ | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022                                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 ajennings@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, informationathnk@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee...et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: pdf905 | Total Noticed: 42 |

Laura M. Egerman
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE bkyecf@rasflaw.com,
    bkyecf@rasflaw.com;legerman@raslg.com

Lee Martin Perlman
    on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association  As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
    Pass-Through Certificates, Series 2008-FT1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
    Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com,
    HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
    Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper
    phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank National Association  As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
    Pass-Through Certificates, Series 2008-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association  As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage
    Pass-Through Certificates, Series 2008-FT1 smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association  as Trustee...et al smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16