UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

Elsworth & Mary Ungemah

Order Filed on August 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-12714 MBK

Chapter:   13

Hearing Date:   August 24, 2022

Hon.: Michael B. Kaplan, Chief Judge

## ORDER AUTHORIZING THE SALE OF REAL ESTATE

Recommended Local Form    ☐ Followed    ☒ Modified

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: August 26, 2022

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

In re: Elsworth A. Ungemah and Mary A. Ungemah
Case No.: 18-12714-MBK
Caption: Order authorizing the sale of real estate

This matter having come before the court upon the motion of Elsworth A. Ungemah, debtor in the above the captioned matter, for an order authorizing the sale of real property commonly known as 8 Laurelhurst Dr., Brick, New Jersey 08724, the arguments of counsel, if any, other further proofs as have been adduced, and for good cause shown, it is hereby

**ORDERED** as follows:

1) The Debtor is authorized to sell real property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2) The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3) In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing.

| Name of Individuals to be Paid | Linda Buschio (RE Agent)<br>Michelle Katz (RE Attorney) |
|---|---|
| Amount to be Paid | Buschio - $13,500.00 (4.5% of Gross Sale according to listing agreement)<br>Katz - $1500.00 |
| Services Rendered | Buschio – Display and marketing of the subject property<br>Katz – review of sale contract on the debtor's behalf |

4) Other closing fees payable by the Debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5) The amount of $47,350.00, claimed as exempt, may be paid to the Debtors.

[2]

6) The ☒ *balance of the proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtors' case.

7) A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee within 7 days of the closing.

8) The debtor must file amended schedules A/B, C, and a modified chapter 13 plan not later than 21 days after the date of this order.

9) Other Provisions:

   a. Secured Creditors are to be paid in full pursuant to a payoff quote valid through the date of closing unless Secured Creditors agrees to a short payoff, in writing, for the Subject Property;

   b. If funds are a short fall then Secured Creditors has the right to reject any funds and a new payoff will need to be requested;

   c. The sum of $ 1800.00 may be held in escrow for the payment of attorney fees in connection with this motion;

   d. The sum of $ 473.50 may be held in escrow for the payment of attorney fees in connection with the debtor's motion to continue under administration;

   e. Award of the above-mentioned attorney fees are subject to court approval pursuant to an appropriately filed application for supplemental fees;

   f. If any proceeds remain above and beyond the payment the Debtors' bankruptcy in full, pursuant to a verified pay off figure provided by the Trustee, those funds shall be directed to the Debtors at closing;

   g. No liens are avoided by virtue of this order.

[3]

United States Bankruptcy Court

District of New Jersey

In re:  
Elsworth A. Ungemah  
Mary Ann E. Ungemah  
    Debtors

Case No. 18-12714-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 ajennings@raslg.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, informationathnk@aol.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 26, 2022 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee...et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Lee Martin Perlman | on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association as Trustee...et al smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17