Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−12714−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elsworth A. Ungemah
8 Laurelhurst Drive
Brick, NJ 08724

Mary Ann E. Ungemah
aka Mary Ann E. Johnson, aka Mary Ann
E. Caldeira
8 Laurelhurst Drive
Brick, NJ 08724

Social Security No.:
xxx−xx−5461        xxx−xx−7665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     10/12/22
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Lee Martin Perlman, Debtor's Attorney

COMMISSION OR FEES
fee: $1867.50

EXPENSES
expenses: $406.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 8, 2022
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elsworth A. Ungemah  
Mary Ann E. Ungemah  
    Debtors

Case No. 18-12714-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 137 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644 |
| r | + | Linda Busichio, 2204 Bridge Avenue, Point Pleasant, NJ 08742-4918 |
| 517328486 | + | Citibank,n.a, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 517328496 | + | Petro Inc, 800 State Rd, Princeton, NJ 08540-1416 |
| 519565156 | + | U.S. Bank National Association et al, Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Sep 08 2022 20:39:00 | Jenelle C. Arnold, Aldridge Pite, LLP, 4375 Jutland Dr., Ste., 200, PO Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 20:39:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 517328477 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 08 2022 20:40:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328474 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 08 2022 20:39:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517464410 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:39 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517328479 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 20:39:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517435722 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 20:39:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517328482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 08 2022 20:47:45 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 517328480 | + | Email/Text: cms-bk@cms-collect.com | Sep 08 2022 20:40:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 517328481 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 20:47:45 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517406648 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2022 20:47:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517343832 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2022 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517328485 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:58:23 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517328487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:58:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517328488 | ^ | MEBN | Sep 08 2022 20:37:46 | Credit Control LLC, Po Box 31179, Tampa, FL 33631-3179 |
| 517393147 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:47:41 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517328500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:58:24 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984678 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 20:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517328489 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2022 20:40:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517338486 | | Email/Text: mrdiscen@discover.com | Sep 08 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517328490 | + | Email/Text: mrdiscen@discover.com | Sep 08 2022 20:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517328491 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517328484 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2022 20:47:45 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517328492 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2022 20:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517328493 | | Email/Text: govtaudits@labcorp.com | Sep 08 2022 20:39:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517371544 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517328495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2022 20:39:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 517355837 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 20:47:52 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517331753 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517328497 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:02 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517328498 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 08 2022 20:39:00 | Tenaglia & Hunt, 395 West Passaic St, Ste 205, Rochelle Park, NJ 07662-3016 |

Case 18-12714-MBK    Doc 92    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 137 | Total Noticed: 42 |

| 517465139 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|
| | | Sep 08 2022 20:39:00 | U.S. Bank National Association, as Trustee, C/O Nationstar Mortgage LLC, dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 517347011 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Sep 08 2022 20:40:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517328499 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Sep 08 2022 20:39:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 517328501 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Sep 08 2022 20:40:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517328478 | *+ | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328475 | *+ | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517328483 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517328494 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517328476 | ##+ | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022                     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 ajennings@raslg.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, kimwilson@raslg.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 137 | Total Noticed: 42 |

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee...et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Lee Martin Perlman | on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association as Trustee...et al smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17