**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elsworth A. Ungemah<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5461<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Ann E. Ungemah<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7665<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  18–12714–MBK

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elsworth A. Ungemah

Mary Ann E. Ungemah
aka Mary Ann E. Johnson, aka Mary Ann E. Caldeira

10/5/23

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                            Case No. 18-12714-MBK
Elsworth A. Ungemah                                                                                 Chapter 13
Mary Ann E. Ungemah
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                      Page 1 of 4
Date Rcvd: Oct 05, 2023                    Form ID: 3180W                              Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644 |
| r | + | Linda Busichio, 2204 Bridge Avenue, Point Pleasant, NJ 08742-4918 |
| 517328476 | + | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |
| 519992704 | #+ | Elsworth A. Ungemah, Mary Ann E. Ungemah, 8 Laurelhurst Drive, Brick, NJ 08724-3644 |
| 517328496 | + | Petro Inc, 800 State Rd, Princeton, NJ 08540-1416 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Oct 05 2023 20:59:00 | Jenelle C. Arnold, Aldridge Pite, LLP, 4375 Jutland Dr., Ste., 200, PO Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 05 2023 20:59:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 517328477 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 05 2023 21:00:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328474 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 05 2023 20:58:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517464410 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2023 21:04:03 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517328479 | + | EDI: BANKAMER.COM | Oct 06 2023 00:46:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517435722 | + | EDI: BANKAMER.COM | Oct 06 2023 00:46:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517328482 | | EDI: CAPITALONE.COM | Oct 06 2023 00:46:00 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 517328488 | | Email/Text: correspondence@credit-control.com | Oct 05 2023 20:59:00 | Credit Control LLC, Po Box 31179, Tampa, FL 33631 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517328480 | + | Email/Text: cms-bk@cms-collect.com | Oct 05 2023 21:00:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 517328481 | + | EDI: CAPITALONE.COM | Oct 06 2023 00:46:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517406648 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2023 21:14:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517343832 | + | Email/Text: bankruptcy@cavps.com | Oct 05 2023 21:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517328485 | + | EDI: CITICORP.COM | Oct 06 2023 00:46:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517328486 | + | EDI: CITICORP.COM | Oct 06 2023 00:46:00 | Citibank,n.a, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 517328487 | + | EDI: CITICORP.COM | Oct 06 2023 00:46:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517393147 | + | EDI: CITICORP.COM | Oct 06 2023 00:46:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517328500 | + | EDI: CITICORP.COM | Oct 06 2023 00:46:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984678 | | EDI: Q3G.COM | Oct 06 2023 00:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517328489 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 05 2023 21:00:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517338486 | | EDI: DISCOVER.COM | Oct 06 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517328490 | + | EDI: DISCOVER.COM | Oct 06 2023 00:46:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517328491 | + | EDI: IRS.COM | Oct 06 2023 00:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517328484 | | EDI: JPMORGANCHASE | Oct 06 2023 00:46:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517328492 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2023 20:58:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517328493 | | Email/Text: govtaudits@labcorp.com | Oct 05 2023 20:59:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517371544 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2023 21:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517328495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2023 20:59:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 517355837 | | EDI: PRA.COM | Oct 06 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517331753 | + | EDI: RMSC.COM | Oct 06 2023 00:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517328497 | + | EDI: RMSC.COM | Oct 06 2023 00:46:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517328498 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 05 2023 20:59:00 | Tenaglia & Hunt, 395 West Passaic St, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519565156 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2023 20:59:00 | U.S. Bank National Association et al, Nationstar |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 517465139 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2023 20:59:00 | U.S. Bank National Association, as Trustee, C/O Nationstar Mortgage LLC, dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 517347011 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 05 2023 21:00:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517328499 | + | Email/Text: BAN5620@UCBINC.COM | Oct 05 2023 20:59:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 517328501 | + | Email/Text: bankruptcydept@wyn.com | Oct 05 2023 21:01:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517328478 | *+ | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517328475 | *+ | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517328483 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517328494 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 ajennings@raslg.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage |

Case 18-12714-MBK    Doc 107    Filed 10/07/23    Entered 10/08/23 00:15:46    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 3180W | Total Noticed: 44 |

Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, kimwilson@raslg.com

Kevin Gordon McDonald

on behalf of Creditor U.S. Bank National Association as Trustee...et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com

Lee Martin Perlman

on behalf of Debtor Elsworth A. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Mary Ann E. Ungemah ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association As Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 smncina@raslg.com

Sindi Mncina

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE smncina@raslg.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association as Trustee...et al smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17